**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Audrah Hale, | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:10-cv-11725 |
| | : |
| American Profit Recovery, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: May 3, 2011

Respectfully submitted,

PLAINTIFF, Audrah Hale

/s/ Sergei Lemberg

Sergei Lemberg, Esq.
B.B.O. No.: 650671
**LEMBERG & ASSOCIATES L.L.C.**
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666
slemberg@lemberglaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 3, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By  /s/ Sergei Lemberg_____

              Sergei Lemberg