# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Audrah Hale, <br><br> Plaintiff, <br> v. <br><br> American Profit Recovery, Inc.; and DOES 1-10, inclusive, <br><br> Defendant. | Civil Action No.: 1:10-cv-11725 |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against American Profit Recovery, Inc. with prejudice and without costs to any party.

| Audrah Hale | American Profit Recovery, Inc. |
|---|---|
| /s/ Sergei Lemberg | John J. O'Connor |
| Sergei Lemberg, Esq. <br> BBO No.: 650671 <br> LEMBERG & ASSOCIATES <br> 1100 Summer Street, 3rd Floor <br> Stamford, CT  06905 <br> (203) 653-2250 <br> Attorney for Plaintiff | John J. O'Connor, Esq. <br> Peabody & Arnold LLP <br> Federal Reserve Plaza <br> 600 Atlantic Avenue <br> Boston, MA 02210-2261 <br> 617-951-2100 <br> Attorney for Defendant |

_____

SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 14, 2011, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By /s/ Sergei Lemberg

                                          Sergei Lemberg